UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRUYAN-SAGAN ASSOCIATES, INC.,      Plaintiff, <br><br> -v- <br><br> ENTERTAINMENT ONE LTD., <br> ENTERTAINMENT ONE U.S. LP, and <br> ENTERTAINMENT ONE GP LLC,      Defendant. | Case No. 18-cv-00559-ALC <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Defendants** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The indirect parent of Defendants Entertainment One U.S. LP and Entertainment One GP LLC is Defendant Entertainment One Ltd., a publicly held company, which does not itself have any publicly held parents, affiliates, or subsidiaries.

**Date:** March 31, 2018

_[signature]_
**Signature of Attorney**

**Attorney Bar Code:** _____

Form Rule7_1.pdf  SDNY Web 10/2007